## UNITED STATES DISTRICT COURT
### District of Minnesota

Noah J. McCourt,

**JUDGMENT IN A CIVIL CASE**

          Plaintiff,

v.

Case Number: 18-cv-2772 DSD/HB

Carver County,

          Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. The motion to dismiss [ECF No. 15] is granted; and

    2. The complaint is dismissed without prejudice.

Date: 6/21/2019

KATE M. FOGARTY, CLERK

s/C. Kreuziger

(By)   C. Kreuziger, Deputy Clerk